UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEYER CORPORATION, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>APEX MARITIME CO., INC.,<br><br>   Defendant. | Case No. 21-cv-08947-HSG<br><br>***SUA SPONTE* ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Pursuant to Civil Local Rule 3-12(c), this case is hereby referred *sua sponte* to the Honorable Charles R. Breyer to consider whether it is related to *Starr Indemnity & Liability Insurance Company, et al. v. Apex Maritime Co. (LAX), Inc., et al.*, Case No. 3:21-cv-08879-CRB.

**IT IS SO ORDERED.**

Dated: 2/23/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge